IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NORTHWEST COMPANY (INTERNATIONAL), )
INC., )
                             Plaintiff, )
                                      )
   vs. )
                                      )
HCC LIFE INSURANCE COMPANY, )
                                     )    No. 3:12-cv-0253-HRH
                           Defendant. )
_____)

O R D E R

Case Dismissed

    The parties' stipulation for dismissal with prejudice[1] is granted. This case is dismissed with prejudice, with all parties to bear their own attorney fees and costs.

    DATED at Anchorage, Alaska, this 5th day of April, 2013.

                                          s/ H. Russel Holland
                                          United States District Judge

---

    [1]Docket No. 10.

Order – Case Dismissed                                                     - 1 -